# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136115

DONNA DINOTO, Successor Personal
Representative of the Estate of MARY
ANN BENACQUISTO, Deceased,
        Plaintiff-Appellee,

v

        SC: 136115
        COA: 280309
        Wayne CC: 07-704170-NH

SINAI-GRACE HOSPITAL, a/k/a SINAI
HOSPITAL OF GREATER DETROIT, and
STEPHANIE RECK, CRNA,
        Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the February 15, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

Clerk

d0616